# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KAREN GIOLI

PLAINTIFF(S),

v.

ROBERT A. CHAPEK, et al.

DEFENDANT(S).

CASE NUMBER:

26–2564

**NOTICE OF INTRA-DISTRICT
TRANSFER BY CLERK OF COURT**

To:  All Counsel Appearing of Record

Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _Southern_ Division.

This case has been reassigned to case number _8:26–cv–620 MRA (KESx)_ and has been assigned to _Judge Monica Ramirez Almadani_ for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Karen E. Scott_ for:

X any discovery and/or post-judgment matters that may be referred.

   for all proceedings in accordance with General Order 05-07.

All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _8:26–cv–620 MRA (KESx)_. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

**Please be advised that no further filings may be made under case number _26–2564_. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _/s/ Geneva Hunt_
_Geneva_Hunt@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Statistics Clerk*

G–73 (06/23)    NOTICE OF INTRA–DISTRICT TRANSFER BY CLERK OF COURT